| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | GRANT P. FONDO (CABN 181530)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5035 |
| 7 | FAX: (408) 535-5035 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR 10-00075 JW |
| Plaintiff,                       ) | |
| v.                               ) | STIPULATION AND [PROPOSED]<br>ORDER CHANGING STATUS HEARING<br>FROM JUNE 28, 2010, TO JULY 12, 2010,<br>AT 1:30 P.M. AND EXCLUDING TIME |
| HUONG MY DUONG,                  ) | |
| NHO THI NGUYEN and               ) | |
| NHU HUYNH DINH,                  ) | |
|   aka Thanh Thanh Nguyen,        ) | |
| Defendant.                       ) | |

The United States and defendants currently have a status review hearing scheduled for June 28, 2010, at 1:30 p.m. The parties believe the government has reached a framework for resolution with each defendant, but the parties need additional time to finalize the agreements. Therefore, the parties request and stipulate the Court continue the defendants status review hearing from June 28, 2010, to July 12, 2010 at 1:30 p.m. For the purposes of continuity of counsel and defense preparation, the parties stipulate to an exclusion of time from July 1, 2010, through July 12, 2010, under the Speedy Trial Act to allow counsel for the defendant reasonable time for effective preparation and to further plea discussions.

The government hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: June 25, 2010

JOSEPH P. RUSSONIELLO
United States Attorney


_____/S/_____
GRANT FONDO
Assistant United States Attorney


_____/S/_____
NICHOLAS HUMY
Counsel for Defendant Nguyen


_____/S/_____
JAMES BARRETT
Counsel for Defendant Dinh


_____/S/_____
GINNY BEDI
Counsel for Defendant Duong

///
///
///
///
///
///
///
///

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the parties' June 28, 2010, status conference be rescheduled to July 12, 2010, at 1:30 p.m., and that the time between June 28, 2010, and July 12, 2010, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: June 25, 2010

JAMES WARE
UNITED STATES DISTRICT JUDGE